AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

FILED

MAR - 5 2020

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| United States of America | ) |
| v. | ) |
| JEFFREY D. WILLIAMS | ) Case No.  4:20-MJ-7099-SPM |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _9/1/2019 to 3/4/2020_ in the county of _Franklin_ in the
_Eastern_ District of _Missouri_, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. Section 2422(b) | Coercion and Enticement of a Minor |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_Daniel Root_
*Complainant's signature*

Special Agent, Daniel Root, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 03/05/2020

*Judge's signature*

City and state: St. Louis, Missouri    Honorable Shirley Padmore Mensah, U.S. Magistrate Judge
*Printed name and title*

Case: 4:20-cr-00192-RLW  Doc. #: 1  Filed: 03/05/20  Page: 2 of 4 PageID #: 2

FILED
MAR -5 2020
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| Plaintiff,  ) | |
| v.  ) | No. 4:20-MJ-7099-SPM |
| JEFFREY D. WILLIAMS,  ) | |
| Defendant.  ) | |

**AFFIDAVIT IN SUPPORT OF FEDERAL COMPLAINT**

I, Daniel Root, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

1. I have been a federal law enforcement officer since 2016. I am currently assigned to work cases involving Violent Crimes Against Children (VCAC) and Human Trafficking for the St. Louis Division. I have worked a variety of investigations to involving inter-net facilitated crimes against children and the sexual exploitation of children. My VCAC work has included many; subject and victim interviews, surveillance, search and arrest warrants, undercover operations, as well as, examining digital evidence and digital forensics. As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

2. An undercover officer (UC) joined FetLife.com, and internet-based social network, offering a communication forum for individuals with fetishes and interests that are categorized into groups on the website such as Daddy – Lil Girl/Babygirl Personals, Daddy and Daughter, Gentle Daddies and Sweet Little Girls, and Mom/Son Daddy/Daughter, among others.

1

3. Via FetLife.Com, the UC received a message on from an individual with the username "Love_Control" in September of 2019. Communications ensued between the UC and "Love_Control" from September of 2019 through March 4, 2020 via FetLife.com and Kik Messenger, another internet-based social network. The individual with the username "Love_Control" was a member of FetLife.com groups such as Daddies and (Adult) Little Girls, Adopt a Lil One, Breed Me Daddy Please, Human Pets, Make Milk for Daddy and Daddy's and Little Girls.

4. A subpoena was provided to FetLife.com in an effort to identify the subscriber utilizing the username "Love_Control," who was subsequently identified as Jeffrey Williams, the subject of this proposed Criminal Complaint and a resident of the City of Cherryville in Crawford County, Missouri within the Eastern District of Missouri.

5. During the above-referenced communications, Williams explicitly stated that he would like to have sexual contact with the UC's fictional daughter who Williams believed to be fourteen-years old. Specifically, Williams stated his intention and desire to have sexual intercourse and oral sex with such minor. At one point, Williams expressed his desire to breed the UC and her "daughter" in order to raise a child in an incestuous household.

6. In the above-referenced internet-based communications, Williams affirmed a desire to meet the UC and her daughter for the purpose of engaging in sexual contact. A plan was made between the UC and Williams to meet on March 4, 2020, at a restaurant in the City of Sullivan in Franklin County, Missouri in the Eastern District of Missouri. Williams described his intent and plan to engage in sexual intercourse and oral sex with the UC's fourteen-year old daughter at a hotel near the restaurant during that March 4, 2020, meeting.

7. The UC and other FBI Agents and Task Force Officers convened at the designated restaurant in Sullivan, Missouri on March 4, 2020, where Williams approached the UC. At that March 4, 2020 meeting, Williams expressed that he had been worried the UC was a police officer. Further, Williams brought up information that the UC had provided Williams as part of her fictional UC persona, specifically that the UC's stepfather had engaged in sexual contact with the UC when the UC was twelve years of age. Williams explained that he hoped to develop the same relationship with the UC's fourteen-year old daughter. The investigation revealed that Williams brought a gift for the UC's fourteen-year old child which consisted of the candy that he believed to be her favorite, flowers and sexual lubricant. Williams also brought condoms to the meeting.

8. Williams was interviewed by law enforcement officers on March 4, 2020, and admitted that he did engage in online communications regarding sexual contact with a minor and that the "…statements that I have posted look and sound very bad," but that he showed up at the Applebees to meet the minor child with the intent to talk to her and call the police if she was really fourteen.

*Daniel Root* (signature)
Daniel Root
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me on this 5th day of March, 2020.

(signature)
Shirley P. Mensah
United States Magistrate Judge
Eastern District of Missouri

3