## USDC-EDMO
## CRIMINAL CASE COVER SHEET

**COMPLAINT**

| Division of Filing: | County of Offense: | Matter to be Sealed: | Type of Charge: |
|---|---|---|---|
| Eastern | Franklin | ___ Yes  ✓ No | ✓ Felony  ___ Misdemeanor |

**FILED**

MAR – 5 2020

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

**Defendant Information:**

Defendant's Name        JEFFREY D. WILLIAMS
Alias Name
Birthdate               01/02/1973              Not Available ___
Social Security No.     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             Not Available ___

**Related Case Information:**

Superseding Indictment/Information?   ___ Yes  ✓ No    *If yes, original case number*: _____
Is this a New Defendant in the Superseding Indictment/Information?   ___ Yes   ✓ No
Prior Complaint?        ___ Yes   ✓ No      If yes, Complaint No. _____
Complaint:     ___ Pending     ___ Dismissed
Defendant has had an appearance before a Magistrate?   ___ Yes  ✓ No   If yes, Magistrate name: _____

**Victim-Witness Act applies:**   ___ Yes   ✓ No
Name of AUSA:           Jillian S. Anderson
Bond/Detention:         Detention recommended       ___ Secured       ___ Nonsecured
Agent/Agency:           Special Agent Daniel Root, FBI

**Interpreter Needed:**

___ Yes      Language and/or dialect _____
✓ No
___ Not known at this time

**Location Status:**

Arrest Date _____
✓ Currently in Federal Custody
___ Currently in State Custody -- Writ required ___ Yes       ___ No
___ Currently on bond set by Court
___ Defendant not in custody

**U.S.C. Citations and Total # of Counts against this Defendant:** 1

| Index Key/Code/Offense Level/AOcd/Sev | Description of Offense Charged | Count(s) | Penalty Information |
|---|---|---|---|
| 18 U.S.C. Section 2422(b) | Coercion and Enticement of a Minor | 1 | I  nlt 10 years<br>F  $250,000   or both<br>Sup. Rel.  nlt 5/nmt life  years<br>$ 100   Special Assess./count |

Date: _____ March 5, 2020 _____        Signature of AUSA  /s/ Jillian Anderson
                                                              Jillian S. Anderson