UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
MAR -5 2020
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:20-MJ-7099-SPM |
| JEFFREY D. WILLIAMS, | ) |
| Defendant. | ) |

**MOTION FOR PRETRIAL DETENTION AND HEARING**

Comes now the United States of America, by and through its attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Jillian S. Anderson, Assistant United States Attorneys for said District, and moves the Court to order defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, §3141, et seq.

As and for its grounds, the Government states as follows:

1. Defendant is charged with one count of Coercion and Enticement of a Minor, in violation of 18 U.S.C. Section 2422(b).

2. Pursuant to Title 18, United States Code, Section 3142(g),

   (a) the weight of the evidence against defendant;

   (b) defendant's history and characteristics; and

   (c) the nature and seriousness of the danger to any person or the community that would be posed by defendant's release warrant defendant's detention pending trial;

WHEREFORE, the Government requests this Court to order defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of defendant's initial appearance.

          Respectfully submitted,

          JEFFREY B. JENSEN
          United States Attorney

          */s Jillian S. Anderson*
          JILLIAN S. ANDERSON, #53918(MO)
          Assistant United States Attorney
          jillian.anderson@usdoj.gov
          111 South 10th Street, Room 20.333
          St. Louis, Missouri 63102
          (314) 539-2200